'05 JUL -8 A11 :33

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

# JURY INSTRUCTIONS
## *Laux v. Oak Grove*, 5:03CV-141-R

## INSTRUCTION NO.    1

Ladies and Gentlemen of the Jury: You have now heard all the evidence. You have heard the opening remarks by counsel, and it is the responsibility of the Court to instruct you on the law that you must follow in deciding this case. I advise you to pay very close attention to me as I read this law to you, however, you do not need to try to memorize it as I read it to you because a copy of these instructions will go back with you to the jury room.

You have two main duties as jurors. The first is to decide what the facts are from the evidence that you saw and heard here in Court. Deciding what the facts are is your job, and not mine, and nothing I have said or done during the course of this trial was meant to influence your decisions about the facts in any way. Your second duty is to take the law that I give you and apply it to the facts. It is my job to instruct you about the law, and you are bound by the oath that you took at the beginning of the trial to follow the instructions that I give you, even if you personally disagree with them. This includes any instruction I may have given you during the trial as well as these instructions. All the instructions are important, and you should consider them together as a whole. Perform these duties fairly. Do not let any bias, sympathy or prejudice that you may feel towards one side or the other influence your decisions in any way.

## INSTRUCTION NO.   2

You must make your decision based only on the evidence that you saw and heard here in court. Do not let rumors, suspicions, or anything else that you may have seen, heard, or learned outside of this courtroom influence your decision in any way. The evidence in this case includes only what the witnesses said while they were testifying under oath, and the exhibits that I allowed into evidence.

During the trial you heard objections. I did not let you hear the answers to some of the questions that the parties asked. You must simply and completely ignore those questions. Do not even think about them. And do not speculate about what a witness might have said. These things are not evidence. You are bound by the oath that you took at the beginning of this trial not to let them influence your decisions in any way. Make your decision based only on the evidence, as I have defined it for you here, and nothing else.

## INSTRUCTION NO. ___3___

Your entire verdict must be unanimous. That is, all members must agree on the verdict.

## INSTRUCTION NO. __4__

You should use your common sense in weighing the evidence. Consider it in light of your everyday experience with people and events, and give it whatever weight you think it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to establish that conclusion.

## INSTRUCTION NO. __5__

The Court has ruled as a matter of law that the City of Oak Grove, Kentucky, violated Plaintiff William Laux's procedural due process rights. The only issue for you to decide is the issue of damages.

## INSTRUCTION NO. ___6___

You will determine from the evidence and award Plaintiff William Laux a sum of money that will fairly and reasonably compensate him for the following damages you believe he has sustained as a direct result of the City of Oak Grove's violation of Plaintiff's procedural due process rights:

A) Lost wages and Benefits from April 2, 2003 to date

B) Mental anguish, embarrassment, and humiliation that he has sustained or is reasonably certain to endure in the future.

In making this determination, you may consider whether you believe from the evidence that Plaintiff exercised reasonable diligence in seeking and obtaining other similar employment.

Where mental anguish, embarrassment, and humiliation are proven, I cannot give you any rule by which to measure the specific amount of damages resulting from such an injury. This is a matter that is left to your conscience, good sense, and sound judgment. You should not act unreasonably through bias, passion, or sympathy. You should exercise common sense and fix an amount of damages that, in accordance with the evidence and the law, will fairly compensate Plaintiff for all of the injuries, if any, you find plaintiff suffered.

## INSTRUCTION NO. ___7___

Now I would like to say something about the notes that you may have taken during the trial. Your notes should be used only as memory aids. You should not give your notes precedence over your independent recollection of the evidence. If you have not taken notes, you should rely upon your own independent recollection of the proceedings and you should not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the memory or impression of each juror as to what the testimony may have been. Whether you have taken notes or not, each of you must form and express your own opinion as to the facts of this case. You will notice that we do have an official court reporter making a record of the trial. However, we will not have typewritten transcripts of this record available for your use in reaching a decision in this case. You must decide this case on the basis of your own memory what the evidence was in this case and also on the exhibits that go back with you to look at.

## INSTRUCTION NO. __8__

This concludes my part of the instructions in explaining the rules for considering some of the testimony and evidence. Now let me finish by explaining some things about your deliberations in the jury room, and your possible verdicts. The first thing that you should do in the jury room is to choose someone to be your foreperson. This person will help to guide your discussions, and will speak for you here in court. Once you start deliberating, do not talk to the juror officer, or to me, or to anyone else except each other about the case. I am not suggesting that you have any questions of the Court during your deliberations, but if you should have questions of the Court during your deliberations, let me explain that procedure. If you have any questions or messages, you must write them down on a piece of paper, sign them, and give them to the jury officer. The officer will give them to me, and I will respond as soon as I can. I may have to talk to the parties about what you have asked, so it may take me some time to get back to you. Any questions or messages normally should be sent to me through your foreperson. One more thing about messages. Do not ever write down or tell anyone outside the jury room how you stand on your votes. That should stay secret until you are finished.

## INSTRUCTION NO. __9__

Ladies and Gentlemen, now that all the evidence is in and the arguments are completed, you are free to talk about the case in the jury room. In fact, it is your duty to talk with each other about the evidence, and to make every reasonable effort you can to reach a unanimous agreement. Talk with each other, listen carefully and respectfully to each other's views, and keep an open mind as you listen to what your fellow jurors have to say. Try your best to work out your differences. Do not hesitate to change your mind if you are convinced that other jurors are right and that your original position was wrong. But do not ever change your mind just because other jurors see things differently, or just to get the case over with. In the end, your vote must be exactly that–your own vote. It is important for you to reach a unanimous agreement, but only if you can do so honestly and in good conscience. No one will be allowed to hear the discussions in the jury room, and no record will be made of what you said. So you should all feel free to speak your minds.